```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :      CIVIL ACTION
ex rel. SHAWN BATES et al.     :
                               :
              v.               :
                               :
DENTSPLY INTERNATIONAL, INC.   :      NO. 12-7199
```

ORDER

AND NOW, this 4th day of September, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Dentsply International Inc. to dismiss the second amended False Claims Act complaint for failure to state a claim (Doc. #61) is GRANTED in part and DENIED in part;

(2) the motion to dismiss Counts III through XXVI and Counts XXVIII through XXXVII is GRANTED for failure to state a claim upon which relief can be granted; and

(3) the motion to dismiss Counts I, II, and XXVII is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.