```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CIVIL ACTION
ex rel. SHAWN BATES et al.    :
                              :
          v.                  :
                              :
DENTSPLY INTERNATIONAL, INC.  :      NO. 12-7199
```

ORDER

AND NOW, this 15th day of October, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of relators' for reconsideration of the court's September 4, 2014 Order and Memorandum is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                             J.