```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :         CIVIL ACTION
ex rel. SHAWN BATES, et al.    :
                               :
            v.                 :
                               :
DENTSPLY INTERNATIONAL, INC.   :         NO. 12-7199
```

ORDER

AND NOW, this 11th day of April, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant Dentsply International, Inc. for summary judgment against plaintiffs-relators Shawn Bates, Edward Josefoski, and Roberta Lesser (Doc. # 97) on Counts I, II and XXVII of their second amended complaint is GRANTED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                         J.